**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Romiro CARILLO, Defendant–**
**Appellant.**

**No. 01–50098.**
**DC No. CR 91–145–RJK.**

United States Court of Appeals,
Ninth Circuit.

Nov. 13, 2001.

Before PREGERSON, REINHARDT,
and SILVERMAN, Circuit Judges.

ORDER

The appeal is dismissed as moot.